**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-49503 |
| | § | |
| ANTHONY M PRETTO | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/31/2013. The undersigned trustee was appointed on 12/31/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                          $9,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $52.83 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $8,947.17 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/02/2014 and the deadline for filing government claims was 06/30/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,650.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,650.00, for a total compensation of $1,650.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/28/2014                    By:  /s/ Horace Fox, Jr.
                                         Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit A

| Case No.: | 13-49503 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PRETTO, ANTHONY M | | | Date Filed (f) or Converted (c): | 12/31/2013 (f) |
| For the Period Ending: | 10/28/2014 | | | §341(a) Meeting Date: | 02/19/2014 |
| | | | | Claims Bar Date: | 06/02/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1 Renaissance Pl., Unit 1221, Palatine, IL 60067 w/ garage | $104,652.00 | $0.00 | | $0.00 | FA |
| 2 | 2.4 acres (1 hectacre) of industrial property in Russe, Bulgaria Approximate value of 20,000 euros | $13,750.00 | $0.00 | | $0.00 | FA |
| 3 | Cash | $50.00 | $50.00 | | $0.00 | FA |
| 4 | BMO Harris Bank checking account | $701.97 | $0.00 | | $0.00 | FA |
| 5 | Hoyne Savings Bank checking account | $50.00 | $0.00 | | $0.00 | FA |
| 6 | Misc. household goods | $500.00 | $500.00 | | $0.00 | FA |
| 7 | Misc. petty items | $300.00 | $300.00 | | $0.00 | FA |
| 8 | Misc. clothing | $100.00 | $100.00 | | $0.00 | FA |
| 9 | Misc. petty jewelry | $100.00 | $100.00 | | $0.00 | FA |
| 10 | 2 guitars and related accessories | $500.00 | $500.00 | | $0.00 | FA |
| 11 | TD Ameritrade IRA | $5,236.65 | $0.00 | | $0.00 | FA |
| 12 | TD Ameritrade brokerage/investment account | $0.01 | $0.01 | | $0.00 | FA |
| 13 | International Electro-Magnetics, Inc. | $11,581.49 | $9,000.00 | | $7,000.00 | FA |
| Asset Notes: | Funds received for sale of stock in International Electro Magnetics, Inc. , and other non exempt assets. Since this stock is not traded a stock exchange there is little to no market for it and its scheduled value is likely overstated. The order specified $9000, which has been paid. | | | | | |
| 14 | Realismus EECO Bulgarian Corporation (holding company for Bulgarian real estate) | $0.00 | $0.00 | | $0.00 | FA |
| 15 | TD Ameritrade brokerage/investment account - Debtor is named as a joint tenant on the account with his mother. Debtor is just an accommodating party. | $1,061.73 | $1,061.73 | | $0.00 | FA |
| 16 | TransAct Futures trading account Debtor is named as a joint tenant with his mother. Debtor is just an accommodating party. | $2,902.57 | $2,902.57 | | $0.00 | FA |
| 17 | 2013 anticipated income tax return | $2,529.00 | $280.97 | | $138.49 | FA |
| 18 | International Electro-Magnetics, Inc. accounts recievable | $2,000.00 | $2,000.00 | | $980.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit A

| Case No.: | 13-49503 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PRETTO, ANTHONY M | Date Filed (f) or Converted (c): | 12/31/2013 (f) |
| For the Period Ending: | 10/28/2014 | §341(a) Meeting Date: | 02/19/2014 |
| | | Claims Bar Date: | 06/02/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19  Intellectual property/goodwill related to business - did not develop patent was purchased | $0.00 | $0.00 | | $0.00 | FA |
| 20  Business related customer list | $0.00 | $0.00 | | $0.00 | FA |
| 21  1997 BMW 540 (180K+ miles) | $1,799.00 | $1,799.00 | | $881.51 | FA |
| 22  1969 Alpha Spider (70K+ miles) | $2,400.00 | $0.00 | | $0.00 | FA |
| 23  2009 Honda Accord (unk. and mileage) Debtor is named jointly on the auto loan with Maya Todorova. Ms. Todorova has possession of the vehicle and is responsible for the payments. Debtor was just an accommodating party to secure the auto loan. | $0.00 | $1,523.00 | | $0.00 | FA |
| 24  Misc. business related office equipment, furnishings and supplies | $750.00 | $0.00 | | $0.00 | FA |
| 25  Misc. business related machinery, equipment, supplies | $750.00 | $0.00 | | $0.00 | FA |
| 26  Used misc. inventory | $1,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | $152,714.42 | $20,117.28 | | $9,000.00 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**
File sale report. Both claims unsecured, non priority and before claims bar date. 9.9.14
8.26.14, motion to sell set in court. 8.8.14
File mtn to purchase stock , funds coming in, 6.27.14
Agreed to take 2,ooo downpayment and 7,000 over 12 months to by back corporate stock.5.7.14
See demand letter of 2.21.14, offer outstanding on non exempt assets 3.23.14

| **Initial Projected Date Of Final Report (TFR):** | 12/30/2014 | **Current Projected Date Of Final Report (TFR):** | 12/30/2014 | /s/ HORACE FOX, JR. |
|---|---|---|---|---|
| | | | | HORACE FOX, JR. |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-49503 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PRETTO, ANTHONY M | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2588 | | | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 12/31/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/28/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/11/2014 | (13) | Anthony Pretto | None Exempt asset Transact futures account | 1129-000 | $2,000.00 | | $2,000.00 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.66 | $1,998.34 |
| 05/16/2014 | (13) | Anthony Pretto | None Exempt asset Transact futures account | 1129-000 | $2,000.00 | | $3,998.34 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.68 | $3,993.66 |
| 06/10/2014 | (13) | Anthony Pretto | None Exempt asset Transact futures account | 1129-000 | $2,000.00 | | $5,993.66 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.90 | $5,985.76 |
| 07/11/2014 | | Anthony Pretto | None Exempt asset Transact futures account | * | $2,000.00 | | $7,985.76 |
| | {17} | | $138.49 | 1129-000 | | | $7,985.76 |
| | {21} | | $881.51 | 1129-000 | | | $7,985.76 |
| | {18} | | $980.00 | 1129-000 | | | $7,985.76 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $11.53 | $7,974.23 |
| 08/27/2014 | (13) | Anthony Pretto | International Electro-Magnetics, Inc. account receivables. | 1129-000 | $1,000.00 | | $8,974.23 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.54 | $8,960.69 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.52 | $8,947.17 |

| | | | | SUBTOTALS | $9,000.00 | $52.83 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-49503 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PRETTO, ANTHONY M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2588 | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/31/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/28/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $9,000.00 | $52.83 | $8,947.17 |
|---|---|---|---|---|---|---|---|
|  |  |  | **Less: Bank transfers/CDs** |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $9,000.00 | $52.83 | |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $9,000.00 | $52.83 | |

| For the period of 12/31/2013 to 10/28/2014 | | For the entire history of the account between 04/11/2014 to 10/28/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $9,000.00 | Total Compensable Receipts: | $9,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,000.00 | Total Comp/Non Comp Receipts: | $9,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $52.83 | Total Compensable Disbursements: | $52.83 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $52.83 | Total Comp/Non Comp Disbursements: | $52.83 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
Page No: 3           Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-49503 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PRETTO, ANTHONY M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2588 | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 12/31/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/28/2014 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $9,000.00 | $52.83 | $8,947.17 |

**For the period of 12/31/2013 to 10/28/2014**

| | |
|---|---|
| Total Compensable Receipts: | $9,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $52.83 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $52.83 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/31/2013 to 10/28/2014**

| | |
|---|---|
| Total Compensable Receipts: | $9,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $52.83 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $52.83 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

# CLAIM ANALYSIS REPORT

| Case No.: | 13-49503 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PRETTO, ANTHONY M | | | Date: | 10/28/2014 |
| Claims Bar Date: | 06/02/2014 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR. <br><br> 6 EAST MONROE <br> SUITE 1004 <br> CHICAGO IL 60603 | 04/15/2014 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HORACE FOX, JR. <br><br> 6 East Monroe <br> Suite 1004 <br> Chicago IL 60603 | 09/16/2014 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,650.00 | $1,650.00 | $0.00 | $0.00 | $0.00 | $1,650.00 |
| | BRUCE DE 'MEDICI <br><br> 17W703 Butterfield Rd., <br> Suite G <br> Oak Brook Terrace IL 60181 | 04/15/2014 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $3,152.50 | $3,152.50 | $0.00 | $0.00 | $0.00 | $3,152.50 |
| 1 | DISCOVER BANK <br><br> DB Servicing Corporation <br> PO Box 3025 <br> New Albany OH 43054-3025 | 03/05/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,374.70 | $9,374.70 | $0.00 | $0.00 | $0.00 | $9,374.70 |
| 2 | RESURGENT CAPITAL SVCS., <br> POB 19008 <br> Greenville SC 29602 | 09/09/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $551.17 | $551.17 | $0.00 | $0.00 | $0.00 | $551.17 |
| | | | | | | $14,728.37 | $14,728.37 | $0.00 | $0.00 | $0.00 | $14,728.37 |

CLAIM ANALYSIS REPORT

Page No: 2     Exhibit C

| | | | | |
|---|---|---|---|---|
| **Case No.** | 13-49503 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | PRETTO, ANTHONY M | | **Date:** | 10/28/2014 |
| **Claims Bar Date:** | 06/02/2014 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Other Firm) | $3,152.50 | $3,152.50 | $0.00 | $0.00 | $0.00 | $3,152.50 |
| General Unsecured 726(a)(2) | $9,925.87 | $9,925.87 | $0.00 | $0.00 | $0.00 | $9,925.87 |
| Trustee Compensation | $1,650.00 | $1,650.00 | $0.00 | $0.00 | $0.00 | $1,650.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       13-49503
Case Name:    ANTHONY M PRETTO
Trustee Name: Horace Fox, Jr.

Balance on hand:    $8,947.17

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:    $0.00
Remaining balance:    $8,947.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Horace Fox, Jr., Trustee Fees | $1,650.00 | $0.00 | $1,650.00 |
| Bruce de 'Medici, Attorney for Trustee Fees | $3,152.50 | $0.00 | $3,152.50 |

Total to be paid for chapter 7 administrative expenses:    $4,802.50
Remaining balance:    $4,144.67

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:    $4,144.67

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:    $0.00
Remaining balance:    $4,144.67

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (5/1/2011)**

Timely claims of general (unsecured) creditors totaling $9,925.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $9,374.70 | $0.00 | $3,914.52 |
| 2 | Resurgent Capital Svcs., | $551.17 | $0.00 | $230.15 |

Total to be paid to timely general unsecured claims: $4,144.67
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00