UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-49503 |
| | § | |
| ANTHONY M PRETTO | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**AMENDED**
**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn, Room 713, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 12/11/2014, in Courtroom 680, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   11/14/2014          By:   /s/ Horace Fox, Jr.
                                          Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 13-49503
§
ANTHONY M PRETTO §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $9,000.00
*and approved disbursements of* $52.83
*leaving a balance on hand of[1]:* $8,947.17

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $8,947.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $1,650.00 | $0.00 | $1,650.00 |
| Bruce de 'Medici, Attorney for Trustee Fees | $3,152.50 | $0.00 | $3,152.50 |

Total to be paid for chapter 7 administrative expenses: $4,802.50
Remaining balance: $4,144.67

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $4,144.67

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $4,144.67 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,925.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $9,374.70 | $0.00 | $3,914.52 |
| 2 | Resurgent Capital Svcs., | $551.17 | $0.00 | $230.15 |

|  | Total to be paid to timely general unsecured claims: | $4,144.67 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in

UST Form 101-7-NFR (10/1/2010)

full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Horace Fox, Jr.
       Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                          Case No. 13-49503-JPC
Anthony M Pretto                                                Chapter 7
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: esullivan          Page 1 of 2          Date Rcvd: Nov 17, 2014
                              Form ID: pdf006          Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2014.
db             +Anthony M Pretto,    1 Renaissance Pl., Unit 1221,    Palatine, IL 60067-3641
21379821      ++BANK OF AMERICA,     PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank Of America,    Po Box 982235,    El Paso, TX 79998)
21379823       +Bk Of Amer,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                Simi Valley, CA 93062-5170
21379832      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195)
21379826       +Cap1/bstby,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
21379827       +CarMax Auto Finance,     Bankruptcy Dept.,    225 Chastain Meadows Ct.,    Kennesaw, GA 30144-5942
21379829       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21379828       +Chase,    Attn: Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
21379831       +Chase Mht Bk,    Po Box 15298,    Wilmington, DE 19850-5298
21379830       +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
21379833       +Citibank Sd, Na,    Po Box 6241,    Sioux Falls, SD 57117-6241
21379836       +Fleet Cc/Bank of America,    301 Rockerimmon Blvd,    Colorado Springs, CO 80919-2303
21379837       +Heller & Frisone, Ltd.,     33 N. LaSalle St., Ste. 1200,    Chicago, IL 60602-2866
21379838       +Richard Hatton,    558 Eton Dr.,    Barrington, IL 60010-2050
21379839       +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
21379840       +Rnb-fields3/Macy's,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3401
21379843       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
21379844       +Sears/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
21379846       +Unvl/citi,    701 E 60th St N,    Sioux Falls, SD 57104-0432
21379848       +Wells Fargo,    Po Box 31557,    Billings, MT 59107-1557
21379847        Wells Fargo,    Call 800-225-5935,    Choose account type in automated attenda,
                Des Moines, IA 50326
21379850       +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
21379849       +Wells Fargo Bank Nv Na,    Attn: Deposits Bankruptcy MAC# P6103-05K,    Po Box 3908,
                Portland, OR 97208-3908
21379851       +Wells Fargo Hm Mortgag,    Po Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21379819       +E-mail/Text: bkr@cardworks.com Nov 18 2014 01:21:11     Advanta Bk,   Welsh and McKean Roads,
                Po Box 844,    Spring House, PA 19477-0844
21379820       +E-mail/Text: bkr@cardworks.com Nov 18 2014 01:21:11     Advanta Bk,   Po Box 31032,
                Tampa, FL 33631-3032
21611829        E-mail/PDF: mrdiscen@discoverfinancial.com Nov 18 2014 01:36:23     Discover Bank,
                DB Servicing Corporation,   PO Box 3025,    New Albany, OH  43054-3025
21379834       +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 18 2014 01:36:23     Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
21975169       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 18 2014 01:35:16
                PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
21379841       +E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2014 01:34:51     Sams Club / GEMB,
                Attention: Bankruptcy Department,   Po Box 103104,    Roswell, GA 30076-9104
21379842       +E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2014 01:34:48     Sams Club / GEMB,   Po Box 965005,
                Orlando, FL 32896-5005
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21379835*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Fleet Cc/Bank of America,   Attn: Bankruptcy,   4161 Piedmont Pkwy,
                Greensboro, NC 27420)
21379822*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank Of America, N.a.,   4161 Piedmont Pkwy,   Greensboro, NC 27410)
21379825*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bk Of Amer,   4161 Piedmont Pkwy,   Greensboro, NC 27410)
21379824*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bk Of Amer,   Po Box 982235,   El Paso, TX 79998)
21379845*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Unvl/citi,   Attn.: Centralized  Bankruptcy,   Po Box 20507,
                Kansas City, MO 64195)
                                                                                    TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).
```

```
District/off: 0752-1          User: esullivan              Page 2 of 2                  Date Rcvd: Nov 17, 2014
                              Form ID: pdf006              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2014                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2014 at the address(es) listed below:
              Bruce E de'Medici    on behalf of Trustee Horace  Fox, JR bdemedici@gmail.com
              Bruce E de'Medici    on behalf of Attorney Bruce  de'Medici bdemedici@gmail.com
              George J Koulogeorge    on behalf of Debtor Anthony M Pretto bankruptcy@attorneychicago.com
              Horace  Fox, JR    on behalf of Attorney Bruce  de'Medici foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
              Horace  Fox, JR    foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```