UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Anthony M. Pretto, | ) | Case No. 13 B 49503 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |

## NOTICE OF WITHDRAWAL

To:   See Attached Service List

PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE AND DISCHARGE TRUSTEE (Documents #41)** previously filed is withdrawn **(Wrong PDF was filed).**

/s/ Patrick S. Layng
Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-7481

## CERTIFICATE OF SERVICE

I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on March 13, 2015, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on March 13, 2015.

/s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Horace Fox, Jr.
foxhorace@aol.com

George J. Koulogeorge
bankruptcy@attorneychicago.com

**Parties Served via First Class Mail:**

**Anthony M. Pretto**
1 Renaissance Pl., Unit 1221
Palentine, IL   60067