**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 13-49503 |
|---|---|---|
| | § | |
| ANTHONY M PRETTO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)     All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)     A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $108,916.31 | Assets Exempt: | $28,136.65 |
| Total Distributions to Claimants: | $4,144.67 | Claims Discharged Without Payment: | $5,781.20 |
| Total Expenses of Administration: | $4,855.33 | | |

    3)     Total gross receipts of $9,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $9,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $4,855.33 | $4,855.33 | $4,855.33 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $9,374.00 | $9,925.87 | $9,925.87 | $4,144.67 |
| **Total Disbursements** | $9,374.00 | $14,781.20 | $14,781.20 | $9,000.00 |

4). This case was originally filed under chapter 7 on 12/31/2013. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/11/2015      By:   /s/ Horace Fox, Jr.
                             Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| International Electro-Magnetics, Inc. | 1129-000 | $7,000.00 |
| 1997 BMW 540 (180K+ miles) | 1129-000 | $881.51 |
| 2013 anticipated income tax return | 1129-000 | $138.49 |
| International Electro-Magnetics, Inc. accounts recievable | 1129-000 | $980.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $1,650.00 | $1,650.00 | $1,650.00 |
| Green Bank | 2600-000 | NA | $52.83 | $52.83 | $52.83 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $3,152.50 | $3,152.50 | $3,152.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,855.33 | $4,855.33 | $4,855.33 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $9,374.00 | $9,374.70 | $9,374.70 | $3,914.52 |
| 2 | Resurgent Capital Svcs., | 7100-000 | $0.00 | $551.17 | $551.17 | $230.15 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $9,374.00 | $9,925.87 | $9,925.87 | $4,144.67 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1         Exhibit 8

| Case No.: | 13-49503 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PRETTO, ANTHONY M | | | Date Filed (f) or Converted (c): | 12/31/2013 (f) |
| For the Period Ending: | 2/11/2015 | | | §341(a) Meeting Date: | 02/19/2014 |
| | | | | Claims Bar Date: | 06/02/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 1 Renaissance Pl., Unit 1221, Palatine, IL 60067 w/ garage | $104,652.00 | $0.00 | | $0.00 | FA |
| 2 | 2.4 acres (1 hectacre) of industrial property in Russe, Bulgaria Approximate value of 20,000 euros | $13,750.00 | $0.00 | | $0.00 | FA |
| 3 | Cash | $50.00 | $50.00 | | $0.00 | FA |
| 4 | BMO Harris Bank checking account | $701.97 | $0.00 | | $0.00 | FA |
| 5 | Hoyne Savings Bank checking account | $50.00 | $0.00 | | $0.00 | FA |
| 6 | Misc. household goods | $500.00 | $500.00 | | $0.00 | FA |
| 7 | Misc. petty items | $300.00 | $300.00 | | $0.00 | FA |
| 8 | Misc. clothing | $100.00 | $100.00 | | $0.00 | FA |
| 9 | Misc. petty jewelry | $100.00 | $100.00 | | $0.00 | FA |
| 10 | 2 guitars and related accessories | $500.00 | $500.00 | | $0.00 | FA |
| 11 | TD Ameritrade IRA | $5,236.65 | $0.00 | | $0.00 | FA |
| 12 | TD Ameritrade brokerage/investment account | $0.01 | $0.01 | | $0.00 | FA |
| 13 | International Electro-Magnetics, Inc. | $11,581.49 | $9,000.00 | | $7,000.00 | FA |
| **Asset Notes:** | Funds received for sale of stock in International Electro Magnetics, Inc., and other non exempt assets. Since this stock is not traded a stock exchange there is little to no market for it and its scheduled value is likely overstated. The order specified $9000, which has been paid. | | | | | |
| 14 | Realismus EECO Bulgarian Corporation (holding company for Bulgarian real estate) | $0.00 | $0.00 | | $0.00 | FA |
| 15 | TD Ameritrade brokerage/investment account - Debtor is named as a joint tenant on the account with his mother. Debtor is just an accommodating party. | $1,061.73 | $1,061.73 | | $0.00 | FA |
| 16 | TransAct Futures trading account Debtor is named as a joint tenant with his mother. Debtor is just an accommodating party. | $2,902.57 | $2,902.57 | | $0.00 | FA |
| 17 | 2013 anticipated income tax return | $2,529.00 | $280.97 | | $138.49 | FA |
| 18 | International Electro-Magnetics, Inc. accounts recievable | $2,000.00 | $2,000.00 | | $980.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 13-49503 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PRETTO, ANTHONY M | | | Date Filed (f) or Converted (c): | 12/31/2013 (f) |
| For the Period Ending: | 2/11/2015 | | | §341(a) Meeting Date: | 02/19/2014 |
| | | | | Claims Bar Date: | 06/02/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 19 | Intellectual property/goodwill related to business - did not develop patent was purchased | $0.00 | $0.00 | | $0.00 | FA |
| 20 | Business related customer list | $0.00 | $0.00 | | $0.00 | FA |
| 21 | 1997 BMW 540 (180K+ miles) | $1,799.00 | $1,799.00 | | $881.51 | FA |
| 22 | 1969 Alpha Spider (70K+ miles) | $2,400.00 | $0.00 | | $0.00 | FA |
| 23 | 2009 Honda Accord (unk. and mileage) Debtor is named jointly on the auto loan with Maya Todorova. Ms. Todorova has possession of the vehicle and is responsible for the payments. Debtor was just an accommodating party to secure the auto loan. | $0.00 | $1,523.00 | | $0.00 | FA |
| 24 | Misc. business related office equipment, furnishings and supplies | $750.00 | $0.00 | | $0.00 | FA |
| 25 | Misc. business related machinery, equipment, supplies | $750.00 | $0.00 | | $0.00 | FA |
| 26 | Used misc. inventory | $1,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                                **Gross Value of Remaining Assets**

$152,714.42            $20,117.28                    $9,000.00            $0.00

**Major Activities affecting case closing:**

Final report approved and fee orders signed.

Submitted de 'Medici fee detail exhibit i UST.

File sale report. Both claims unsecured, non priority and before claims bar date. 9.9.14

8.26.14, motion to sell set in court. 8.8.14

File mtn to purchase stock , funds coming in, 6.27.14

Agreed to take 2,ooo downpayment and 7,000 over 12 months to by back corporate stock.5.7.14

See demand letter of 2.21.14, offer outstanding on non exempt assets 3.23.14

**FORM 1**     Page No: 3     Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| **Case No.:** | 13-49503 | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|
| **Case Name:** | PRETTO, ANTHONY M | | **Date Filed (f) or Converted (c):** | 12/31/2013 (f) |
| **For the Period Ending:** | 2/11/2015 | | **§341(a) Meeting Date:** | 02/19/2014 |
| | | | **Claims Bar Date:** | 06/02/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**    12/30/2014      **Current Projected Date Of Final Report (TFR):**    12/30/2014      /s/ HORACE FOX, JR.

                                                                                                                                                      HORACE FOX, JR.

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-49503 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PRETTO, ANTHONY M | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2588 | | | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 12/31/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/11/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/11/2014 | (13) | Anthony Pretto | None Exempt asset Transact futures account | 1129-000 | $2,000.00 | | $2,000.00 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.66 | $1,998.34 |
| 05/16/2014 | (13) | Anthony Pretto | None Exempt asset Transact futures account | 1129-000 | $2,000.00 | | $3,998.34 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.68 | $3,993.66 |
| 06/10/2014 | (13) | Anthony Pretto | None Exempt asset Transact futures account | 1129-000 | $2,000.00 | | $5,993.66 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.90 | $5,985.76 |
| 07/11/2014 | | Anthony Pretto | None Exempt asset Transact futures account | * | $2,000.00 | | $7,985.76 |
| | {17} | | $138.49 | 1129-000 | | | $7,985.76 |
| | {21} | | $881.51 | 1129-000 | | | $7,985.76 |
| | {18} | | $980.00 | 1129-000 | | | $7,985.76 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $11.53 | $7,974.23 |
| 08/27/2014 | (13) | Anthony Pretto | International Electro-Magnetics, Inc. account receivables. | 1129-000 | $1,000.00 | | $8,974.23 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.54 | $8,960.69 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.52 | $8,947.17 |
| 12/12/2014 | 5001 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $1,650.00 | $7,297.17 |
| 12/12/2014 | 5002 | Bruce de 'Medici | Final Account Number: ; Claim #: ; Dividend: 35.23; Amount Allowed: 3,152.50; Notes: ; Account Number: ; Distribution Dividend: {$v | 3210-000 | | $3,152.50 | $4,144.67 |
| 12/12/2014 | 5003 | Discover Bank | Final Account Number: ; Claim #: 1; Dividend: 43.75; Amount Allowed: 9,374.70; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $3,914.52 | $230.15 |
| 12/12/2014 | 5004 | Resurgent Capital Svcs., | Final Account Number: ; Claim #: 2; Dividend: 2.57; Amount Allowed: 551.17; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $230.15 | $0.00 |

| | | | | **SUBTOTALS** | $9,000.00 | $9,000.00 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-49503 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PRETTO, ANTHONY M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2588 | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/31/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/11/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $9,000.00 | $9,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $9,000.00 | $9,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $9,000.00 | $9,000.00 | |

| For the period of **12/31/2013** to **2/11/2015** | | For the entire history of the account between **04/11/2014** to **2/11/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $9,000.00 | Total Compensable Receipts: | $9,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,000.00 | Total Comp/Non Comp Receipts: | $9,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $9,000.00 | Total Compensable Disbursements: | $9,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,000.00 | Total Comp/Non Comp Disbursements: | $9,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-49503 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PRETTO, ANTHONY M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2588 | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/31/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/11/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $9,000.00 | $9,000.00 | $0.00 |

**For the period of 12/31/2013 to 2/11/2015**

| | |
|---|---|
| Total Compensable Receipts: | $9,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/31/2013 to 2/11/2015**

| | |
|---|---|
| Total Compensable Receipts: | $9,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.